

**THE UNITED STATES ATTORNEY'S OFFICE** *for the*
**NORTHERN DISTRICT** *of* **TEXAS**

BRIAN W. STOLTZ, *Assistant United States Attorney*   |   1100 Commerce Street, Third Floor   Dallas, Texas 75242-1699   |   *Telephone*: (214) 659-8626   brian.stoltz@usdoj.gov

March 23, 2023

Dan Lennington  　　　　　　　　　　　　　　　　By email to dan@will-law.org
Wisconsin Institute for Law & Liberty
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202

Re:   *Nuziard et al. v. Minority Business Development Agency et al.*,
　　　No. 4:23-CV-278-P (N.D. Tex.)

Dear Mr. Lennington:

This is to confirm that on March 22, 2023, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summonses and complaint in the above-captioned action.  *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General for purposes of Fed. R. Civ. P. 4(*i*)(1)(B).

Very truly yours,

*Brian W. Stoltz*

Brian W. Stoltz
Assistant United States Attorney