IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEFFREY NUIZARD, et al.

    Plaintiffs,

v.

MINORITY BUSINESS
DEVELOPMENT AGENCY, et al.

    Defendants.

Case No. 4:23-cv-00278

## DECLARATION OF SERVICE BY MAIL

I, Stacy Stueck, effectuated service by mail to the United States via certified mail, by properly enclosing in a postage paid envelope on March 24, 2023 the following documents filed in the above-referenced action:

Doc. 1 Verified Complaint;
Doc. 1-1 Civil Cover Sheet;
Doc. 2 Certificate of Interest/Disclosure Statement;
Doc. 3 Summonses (not issued);
Doc. 4 Notice and Election Regarding Consent to
    Proceed Before U.S. Magistrate Judge form;
Doc. 5 Issued Summonses;
Doc. 6 Lennington Pro Hac Vice Application;
Doc. 7 Esenberg Pro Hac Vice Application; and
Doc. 8 Tolliver Pro Hac Vice Application.

    Office of the Attorney General
    of the United States
    950 Pennsylvania Ave, N.W.
    Washington, DC 20530-0001

Copies of all of the above-listed documents were sent via certified mail to the below parties:

| | |
|---|---|
| Joseph R. Biden, Jr.<br>President<br>1600 Pennsylvania Ave, N.W.<br>Washington, D.C. 20500 | Donald R. Cravins, Jr.<br>Under Secretary of<br>Commerce for MBDA<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230 |
| Gina M. Raimondo<br>U.S. Secretary of Commerce<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230 | Minority Business<br>Development Agency<br>U.S. Department of Commerce<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2023.

s/ *Stacy Stueck*
Stacy Stueck
Director of Administration
Wisconsin Institute for
Law & Liberty, Inc.
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385