UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEFFREY NUZIARD ET AL.,**

   Plaintiffs,

v.                                                   No. 4:23-CV-00278-P

**MINORITY BUSINESS DEVELOPMENT AGENCY ET AL.,**

   Defendants.

### ORDER

Before the Court is Defendants' Unopposed Motion to Stay Defendants' Responsive Pleading Deadline. ECF No. 23. Having considered the Motion, relevant docket entries, and applicable case law, the Court hereby **GRANTS** the Motion.

**SO ORDERED** on this **9th day of May 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE