UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEFFREY NUZIARD, ET AL.,**

   Plaintiffs,

v.                                     No. 4:23-cv-00278-P

**MINORITY BUSINESS DEVELOPMENT AGENCY, ET AL.,**

   Defendants.

## ORDER

Before the Court is Defendants' Motion to Amend Summary Judgment Briefing Based on Local Rules. ECF No. 34. Having considered the Motion and applicable legal authorities, the Court determines the Motion should be and hereby is **DENIED in part and GRANTED in part**.

Defendants first seek to file three separate motions for summary judgment on standing issues unique to each plaintiff. *See id.* at 1–2. But as the Motion acknowledges, although the plaintiffs' individual circumstances vary, the underlying legal issues do not. Accordingly, the Court believes three separate motions for summary judgment would needlessly bog down the docket for this case and **DENIES** the Motion to the extent it seeks permission for such piecemeal motions practice. But the Court agrees with Defendants that the case's standing issues (and multiple plaintiffs) warrant broader briefing than the typical fifty-page briefs allowed under local rules. Thus, the Court **GRANTS** the Motion to the extent it alternatively requests an increased page limit for Defendants' motion for summary judgment.

Accordingly, it is **ORDERED** that, should Defendants move for summary judgment in this case, their principal brief in support of such motion shall have an **increased page limit** of **seventy-five pages**. Likewise, Plaintiffs' response brief shall have an **increased page limit**

of **seventy-five pages**. Defendants' reply brief, if any, shall have an **increased page limit** of **thirty pages**.

**SO ORDERED** on this **17th day** of **October 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE