UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEFFREY NUZIARD, ET AL.,**

   Plaintiffs,

v.                                             **No. 4:23-cv-00278-P**

**MINORITY BUSINESS DEVELOPMENT AGENCY, ET AL.,**

   Defendants.

## ORDER

   The Court's Summary Judgment & Permanent Injunction Order (ECF No. 60) granted relief as to Plaintiffs Jeffrey Nuziard and Christian Bruckner. But the Order declined summary judgment for Plaintiff Matthew Piper, as genuine disputes of material fact remain unresolved vis-à-vis Piper's standing. *See id.* at 36. "[T]he nature and extent of facts that must be averred (at the summary judgment stage) or proved (at the trial stage) in order to establish standing" differ based on the facts of each case. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992). If Plaintiff Piper wishes to proceed in this action, factual questions regarding his standing must be resolved. *See id.* Accordingly, the Court **ORDERS** Plaintiffs to file a Status Report regarding Plaintiff Piper's intent to continue in this action **on or before March 13, 2024**.

   **SO ORDERED** on this **6th day** of **March 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE