IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEFFREY NUZIARD, et al.,

      Plaintiffs,

    v.                                              Case No. 4:23-cv-00278-P

MINORITY BUSINESS
DEVELOPMENT AGENCY, et al.,

      Defendants.

## PLAINTIFFS' STATUS REPORT REGARDING PLAINTIFF PIPER

Pursuant to the Court's Order for Plaintiffs to file a Status Report regarding Plaintiff Piper's intent to continue in this action (ECF 61) and the Summary Judgment & Permanent Injunction Order, extending nationwide relief (ECF 60), Plaintiffs respectfully submit the following:

In light of the Court's relief order, Matthew Piper does not seek to continue as a plaintiff in this action. Accordingly, no further factual development in this case is required, and Mr. Piper may be dismissed from this case without prejudice.

Dated: March 12, 2023

Respectfully submitted,

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

*s/ Cara Tolliver*

Richard M. Esenberg *(admitted pro hac vice)*
Cara M. Tolliver *(admitted pro hac vice)*
Daniel P. Lennington *(admitted pro hac vice)*
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Cara@will-law.org
Dan@will-law.org


THE LAW OFFICE OF
JASON NASH, P.L.L.C.

Jason C. Nash (Bar No. 24032894)
601 Jameson Street
Weatherford, TX 76086
Telephone: (817) 757-7062
jnash@jasonnashlaw.com

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, sending notice to all attorneys of record.

*s/ Cara Tolliver*

Cara M. Tolliver