UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEFFREY NUZIARD, ET AL.,**

   Plaintiffs,

v.                         No. 4:23-cv-00278-P

**MINORITY BUSINESS DEVELOPMENT AGENCY, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Status Report Regarding Plaintiff Piper. ECF No. 62. Because the Status Report indicates Plaintiff Piper no longer wishes to proceed as a litigant in this action, the Court intends to dismiss his claims without prejudice and memorialize its adjudication of Plaintiffs Nuziard and Bruckner's claims in a Final Judgment. However, the Court notes that Plaintiffs seek an award of their attorneys' fees and costs incurred in prosecuting this action. *See* ECF No. 1 at 5, 24; *see generally* 28 U.S.C. § 2412. Accordingly, to facilitate a Final Judgment incorporating the appropriate fees and costs, the Court **ORDERS** Plaintiffs to submit appropriate evidence of the relevant fees and costs, along with briefing regarding the reasonableness of same, **on or before March 19, 2024**. Thereafter, should Defendants wish to contest Plaintiffs' requested fees or costs, they shall file responsive briefing **on or before March 26, 2024**.

**SO ORDERED** on this **12th day** of **March 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE