IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEFFREY NUZIARD, et al.,

Plaintiffs,

v. Case No. 4:23-cv-00278-P

MINORITY BUSINESS DEVELOPMENT AGENCY, et al.

Defendants.

**AFFIDAVIT OF JASON NASH**

STATE OF TEXAS §
§
COUNTY OF PARKER §

BEING DULY SWORN, Jason Nash deposes and testifies as follows:

1. My name is Jason Nash. I am over twenty-one years of age, of sound mind, and am competent to make this Affidavit. I have never been convicted of a felony or a crime involving moral turpitude.

2. I have personal knowledge of each matter to which I testify herein.

3. I am an attorney licensed to practice law in the State of Texas. My firm presently represents Jeffrey Nuziard, Christian Bruckner, and Matthew Piper (referred to herein as "Plaintiffs" or "the Plaintiffs") in this matter. My firm has represented the Plaintiffs since approximately March 15, 2023.

4. I have been licensed to practice law in the State of Texas since 2001. I am admitted to practice in all courts of the State of Texas, as well as the federal courts in the Northern and Eastern Districts of Texas and for the U.S. Fifth Circuit Court of Appeals.

5. Since graduating from the University of Texas School of Law in 2001, my practice has primarily been in the areas of civil and commercial litigation in Tarrant and Parker Counties, Texas, as well as surrounding counties in the North Texas area. I have over 22 years of civil litigation and trial experience in a broad array of litigation areas, with an active practice in both state and federal courts. I practiced law at the law firm of Kelly Hart & Hallman LLP in Fort Worth for the first 20 years of my career. After leaving Kelly Hart & Hallman in March 2022, I started my own firm, The Law Office of Jason Nash, P.L.L.C, in Weatherford, Texas, where I currently practice. In my experience over the past 22-plus years, I have become familiar with the fair, reasonable and customary rates and fees charged by attorneys in the greater North Texas legal market, including Fort Worth, Texas, in matters involving civil and commercial litigation.

6. As set out in paragraph 3 above, since approximately March 15, 2023, my firm has continued to provide legal services to the Plaintiffs in connection with this case. As an attorney for the Plaintiffs in this matter, I have personally performed the legal work done on behalf of the Plaintiffs or monitored and supervised the work performed by others. My affidavit testimony is based on my personal knowledge of the scope and details of the representation provided, the circumstances giving rise to the same and the actual work done. The facts set forth herein are within my personal knowledge and are true and correct.

7. After being retained by the Plaintiffs, I engaged in a joint representation of the Plaintiffs alongside Rick Esenberg, Daniel Lennington and Cara Tolliver of the Wisconsin Institute for Law & Liberty (also known as "WILL"). Following Mr. Esenberg, Mr. Lennington and Ms. Tolliver's *pro hac vice* admission in this matter, they served in the role of lead counsel in this

matter, while I performed the role of local counsel per the Local Rules of the U.S. District Court for the Northern District of Texas. Mr. Esenberg is licensed to practice before varying state and federal courts, among them all State Courts in Wisconsin, the U.S. District Courts for the Eastern and Western Districts of Wisconsin, the U.S. Circuit Court of Appeals for the Fifth, Seventh, and Eleventh Circuits, and the U.S. Supreme Court. Mr. Lennington is licensed to practice before varying state and federal courts, among them all State Courts in Wisconsin, the U.S. District Courts for the Eastern and Western Districts of Wisconsin, the U.S. Circuit Court of Appeals for the Fifth, Sixth, Seventh, and Eleventh Circuits, and the U.S. Supreme Court. Ms. Tolliver is licensed to practice before all State Courts in Wisconsin and the U.S. District Courts for the Eastern and Western Districts of Wisconsin.

8. The services provided by me and/or my firm on behalf of the Plaintiffs since approximately March 15, 2023 include, but are not limited to, the following:

a. Assisting lead counsel with the preparation, filing and service of the Complaint;

b. Assisting lead counsel with the preparation and filing of the Motion for Preliminary Injunction and Brief in Support filed in this matter, along with the Reply Brief in support of same;

c. Attending the hearing on the Motion for Preliminary Injunction and assisting lead counsel in the preparation and presentation of argument on same;

d. Attending, on behalf of Plaintiffs, the face-to-face scheduling conference in this matter with counsel for Defendants;

e. Assisting lead counsel with the propounding and serving of formal discovery requests on Defendants in this matter; and

f. Assisting lead counsel with the preparation and filing of Plaintiffs' Motion for Summary Judgment and Brief in Support, as well as assisting lead counsel with preparing and filing Plaintiffs' Brief in Opposition of Defendants' (cross) Motion for Summary Judgment.

9. It is my opinion that all time spent on the matters described above was reasonable and necessary in order to properly and effectively represent the Plaintiffs in this matter.

10. I am currently a sole practitioner and conduct my law practice through the law firm/entity, The Law Office of Jason Nash, P.L.L.C., which has its physical offices at 601 Jameson St., Weatherford, Texas 76086. I am the sole member of, and also the custodian of records of, The Law Office of Jason Nash, P.L.L.C., and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. Attached hereto as Exhibit A are invoices in this matter from The Law Office of Jason Nash, P.L.L.C. reflecting time spent by me and litigation expenses for the months of March, May, June, August, October and November 2023. The invoices attached as Exhibit A are true and correct and were made at or near the time of each act, event, condition, opinion or diagnosis set forth. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth. The invoices attached as Exhibit A were created in the regular course of conducting the law firm's business in this matter. It is the regular practice of the business activity of The Law Office of Jason Nash, P.L.L.C. to make billing reports of this kind, and copies of the billing reports were kept in the course of regularly conducted business activity. The records attached hereto are the original or exact duplicates of the originals and they are true and correct in all respects.

11. Through the date of entry of summary judgment in this proceeding, 34.9 hours were expended in legal services by me for the Plaintiffs, as detailed above and set out in the invoices attached as Exhibit A hereto. *Since* the entry of summary judgment and through the date of this Affidavit, an additional 8.0 hours have been expended in legal services by me for the Plaintiffs in relation to analyzing, assessing and assisting lead counsel in the preparation and filing of *Plaintiffs' Brief in Support of Their Bill for Attorneys' Fees and Expenses* and related tasks and matters in

proceeding toward a final judgment in this matter. Accordingly, my firm's fee, determined on an hourly basis, has equated to $15,015.00 for legal services provided to Plaintiffs from approximately March 15, 2023 through the date of this Affidavit, calculated as follows:

- Jason Nash: $350.00 per hour x 42.9 hours = $15,015.00.[1]

12. As noted in the invoices included in Exhibit A, my hourly rate charged to the Plaintiffs throughout this matter has been $350.00. While my hourly rate normally ranges between $375.00 and $400.00 for matters of this nature, my local counsel services were provided and made available to the Wisconsin Institute for Law & Liberty at a reduced rate of $350.00 per hour in consideration of the organization's status as a small public interest firm. In my opinion based on my experience, the rate of $350.00 per hour for myself is a reasonable and necessary rate for the attorney services provided by myself in pursuing Plaintiffs' claims against Defendants. In my opinion based on my experience, this is a rate within the range of usual and customary rates charged for matters of this nature and is consistent with the usual and customary rates charged by attorneys of equal experience with respect to similar matters in the North Texas area.

13. In connection with my work on this case, I have also reviewed the rates of my co-counsel, Mr. Lennington and Ms. Tolliver of WILL, who, along with Mr. Esenberg, have served in a lead counsel capacity for Plaintiffs in this matter.[2] The billing rates of the Wisconsin Institute for Law & Liberty applied in this case reflect 2023 rates at $400.00 per hour for Associate Counsel,

---

[1] The total of 42.9 hours is derived from: (1) 6.0 hours charged in March 2023, 8.2 hours charged in May 2023, 3.5 hours charged in June 2023, 1.7 hours charged in August 2023, 7.0 hours charged in October 2023, and 8.5 hours charged in November 2023 – collectively totaling 34.9 hours charged for the activities and tasks identified in the respective invoices contained under Exhibit A; and (2) 8.0 hours incurred following entry of summary judgment through the date of this Affidavit for analyzing, assessing and assisting lead counsel in the preparation and filing of *Plaintiffs' Brief in Support of Their Bill for Attorneys' Fees and Expenses* and related tasks and matters in proceeding toward a final judgment in this matter.

[2] I understand that only Mr. Lennington and Ms. Tolliver billed, and will submit, time on this matter. Therefore, this Affidavit will opine only as to Mr. Lennington's and Ms. Tolliver's rates.

Ms. Tolliver, and $500.00 per hour for Deputy Counsel, Mr. Lennington. In my opinion, these rates are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation. Having reviewed – and, given my co-counsel relationship, now being familiar with – the biographies and credentials of each of Mr. Lennington and Ms. Tolliver, it is my opinion that each is highly skilled and experienced in the prosecution of civil rights and constitutional equal protection cases similar to the instant case. It is my opinion that the respective hourly rates noted above for each are within the reasonable and customary range of hourly rates charged in the North Texas area and in the Fort Worth legal community by lawyers of reasonably comparable skill, experience and reputation.

14. I am familiar with the twelve factors set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). Those factors are:

(1) the time and labor required for the litigation;

(2) the novelty and difficulty of the questions presented;

(3) the skill required to perform the legal services properly;

(4) the preclusion of other employment by the attorney by acceptance of the case;

(5) the customary fee;

(6) whether the fee is fixed or contingent;

(7) time limitations imposed by the client or circumstances;

(8) the amount involved and the result obtained;

(9) the experience, reputation and ability of the attorneys;

(10) the "undesirability" of the case;

(11) the nature and length of the professional relationship with the client; and

(12) awards in similar cases.

15. In arriving at my opinions concerning the reasonableness and necessity of the attorneys' fees and costs incurred by Plaintiffs in connection with the representation of Plaintiffs by me and my firm in this case, as well as the reasonableness of the rates charged in this matter by WILL, I considered each of the *Johnson* factors noted above.

16. Taking into account each of the *Johnson* factors set out above, my opinions are as follows:

a. This case was an active, and indeed very contested, case given the relief sought. The importance of the matters sought to be redressed – and the government's opposition to that redress – commanded the involvement of a team of counsel for the Plaintiffs.

b. The prosecution of Plaintiffs' claims against Defendants necessitated not only extensive litigation activity, but also considerable skill and analysis in the effort to "correct[] [an] across-the-board discrimination affecting a large class of [persons]." *Johnson*, 488 F.2d at 718. This involved extensive work product, preparation, and general ability and expertise gained from past experiences on the part of my co-counsel, as lead counsel in this matter, and myself as local counsel.

c. The rates charged by me and my firm were not in excess of the fees customarily charged in the North Texas legal community by lawyers and firms of comparable experience and skill. Similarly, the rates charged by WILL were not in excess of the fees customarily charged in the North Texas legal

community by lawyers and firms of comparable experience and skill as Mr. Lennington and Ms. Tolliver, each of whom specialize in the prosecution of civil rights and constitutional equal protection cases across many venues. *See Johnson*, 488 F.2d at 719 ("An attorney specializing in civil rights cases may enjoy a higher rate for his expertise than others, provid[ed] his ability corresponds with his experience.").

d. The rate of $350.00 per hour for myself is a reasonable and necessary rate for the attorney services provided by myself in pursuing Plaintiffs' claims against the Defendant parties in this case. Through and since the summary judgment entered in this case, 42.9 hours have reasonably and necessarily been expended in legal services for the Plaintiffs by me and my firm as detailed herein and as set forth in Exhibit A hereto.

e. Fees in the sum of $15,015.00 for 42.9 hours are a necessary, fair, reasonable, and customary fee for legal services provided to the Plaintiffs by me and my firm from approximately March 15, 2023 through the date of this Affidavit. The fees incurred in the activities described on the invoices attached as Exhibit A were reasonable in my opinion.[3]

f. The hourly rate for Ms. Tolliver, an Associate Attorney with WILL, of $400.00, and the hourly rate for Mr. Lennington (Deputy Counsel for WILL) of $500.00,

---

[3] As noted in my firm's billing statements included as Exhibit A, I have charged (billed) *less time* than actually incurred on particular tasks. Those "write-downs" or "no chagres" totaled .5 hours in October 2023, and .8 hours in November 2023, for a total of 1.3 hours of attorney time incurred but not charged. Furthermore, considering Matthew Piper's recent dismissal as a plaintiff in this case, I have reviewed my invoices in an effort to isolate, and potentially remove, any time related to tasks specific to Mr. Piper (as opposed to Plaintiffs collectively). I have determined there to be no such tasks specific to Mr. Piper; rather, my work performed on the case was inextricably linked to all Plaintiffs, i.e., what was done for one Plaintiff was for all Plaintiffs.

are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation. Each of Mr. Lennington and Ms. Tolliver are highly skilled and experienced in the prosecution of civil rights and constitutional equal protection cases similar to the instant case, and the respective hourly rates noted above for each are within the reasonable and customary range of hourly rates charged in the North Texas area and in the Fort Worth legal community by lawyers of reasonably comparable skill, experience and reputation.

g. The matters in controversy in this litigation were substantial and widely impacting.

h. $15,015.00 represents a reasonable and necessary attorney's fee for my firm's representation of the Plaintiffs from approximately March 15, 2023 through the date of this Affidavit, and the hourly rates of $400.00 for Ms. Tolliver and $500.00 for Mr. Lennington represent reasonable and customary hourly rates charged in the local community by lawyers of reasonably comparable skill, experience and reputation to Ms. Tolliver and Mr. Lennington.

17. As set forth in Exhibit A, the Plaintiffs have also incurred litigation costs in this matter through my firm in the amount of $423.66.[4]

[4] The amount of $423.66 in costs is derived from a $402.00 filing fee for the Complaint incurred in March 2023, and two $10.83 parking charges for Plaintiffs' counsel for a May 2023 hearing and a June 2023 scheduling conference.

18. The opinions set forth in this Affidavit are not intended to imply or indicate that the Plaintiffs are seeking recovery of the fee amounts identified herein. The Plaintiffs fully recognize that Plaintiffs' counsel's billing rates are subject to the statutory cap of $125 per hour (as may be adjusted based on "an increase in the cost of living") under the Equal Access to Justice Act ("EAJA") at 28 U.S.C. § 2412. Consequently, the opinions herein are for purposes of establishing the reasonableness of Plaintiffs' counsel's billing rates such that they not be further reduced below the EAJA's established ceiling.

Affiant further sayeth not.

Jason Nash

**SUBSCRIBED AND SWORN TO** before me, the undersigned authority, on this the 19th day of March, 2024 to certify which witness my hand and seal of office.

Notary Public, State of Texas

RACHELE NASH
Notary Public, State of Texas
Comm. Expires 08-23-2026
Notary ID 133923281

# EXHIBIT A

**THE LAW OFFICE OF JASON NASH, P.L.L.C.** (817) 757-7062
601 Jameson St. • Weatherford, TX 76086

INVOICE #1113

Invoice submitted to:

Dan Lennington
Deputy Counsel
Equality Under the Law Project
Wisconsin Institute for Law & Liberty

*Cell: 608-572-5358*

*Via Email to: dan@will-law.org*

April 7, 2023

**Professional Service Rendered:**
***File No. 540.100, Nuziard et al. v. Minority Business Development Agency et al.***

***(Attorney's Fees – JCN):***

| | | | |
|---|---|---|---|
| 03/16/23 | Review proposed Complaint to be filed in MBDA action; email lead counsel, Mr. Lennington, regarding initial filing matters. | .7 | $350.00/hr<br>$245.00 |
| 03/17/23 | Prepare and send email to Mr. Lennington (lead counsel in case) regarding comments to draft Complaint and other initial filing issues to consider. | .5 | $350.00/hr<br>$175.00 |
| 03/20/23 | Attention to and assist with filing of Complaint and related attachments/initial filings in case; review/approval of final versions of same prior to filings; correspond with lead counsel to update status and other matters regarding filings. | .6 | $350.00/hr<br>$210.00 |
| 03/21/23 | Correspond with WILL co-counsel to supply filing notices/confirmations from Court; telephone | | |

| | | | |
|---|---|---|---|
| | conference call with WILL co-counsel to discuss local procedures and judge-specific issues in matter. | .5 | $350.00/hr |
| | | | $175.00 |
| 03/22/23 | Correspond in response to co-counsel's question regarding Magistrate Consent Form; prepare same to note client's rejection of right to consent to final trial before Magistrate Judge. | .3 | $350.00/hr |
| | | | $105.00 |
| 03/29/23 | Review of emails from co-counsel regarding preliminary injunction motion; review of local rules and requirements regarding service issues/ notice requirements on injunctive filings prior to defendants' appearances in matter; begin reviewing motion and brief-in-support forwarded from co-counsel. | .7 | $350.00/hr |
| | | | $245.00 |
| 03/30/23 | Review of and comment on proposed Motion for Preliminary Injunction and Brief in Support; send comments to co-counsel (via track change edits) along with other points to consider under local rules; correspond with co-counsel on related matters concerning Appendix of Evidence and judge-specific rules on same; correspond with co-counsel on judge-specific issues concerning submission of proposed order. | 2.7 | $350.00/hr |
| | | | $945.00 |
| | Sub-Total Attorney's Fees: | | $2,100.00 |

***(Legal Assistant Fees – RMN):***

| | | | |
|---|---|---|---|
| 03/20/23 | File Complaint, Certificate of Interested Persons, and Requests for Issuance of Summons. | .4 | $80.00/hr |
| | | | $32.00 |
| 03/22/23 | File Magistrate Consent Form to note rejection of right to proceed before Magistrate. | .2 | $80.00/hr |
| | | | $16.00 |
| | Sub-Total Legal Assistant Fees: | | $48.00 |

***File No. 540.100, Nuziard v. MBDA (Expenses):***

**Filing Fees *(Court filing fees) -***

| | | |
|---|---|---|
| *03/20/23* | *Opening of New Case/Original Complaint Filing* | $402.00 |
| | Sub-Total Expenses: | $402.00 |
| | Totals this Invoice: | |
| | Attorney's Fees: | $2,100.00 |
| | Legal Assistant Fees: | $48.00 |
| | Expenses: | $402.00 |
| | | $2,550.00 |
| | TOTAL THIS INVOICE: | $2,550.00 |
| | **BALANCE DUE:** | **$2,550.00** |

Please make check payable to:

The Law Office of Jason Nash, P.L.L.C.
601 Jameson St. • Weatherford, TX 76086

**THE LAW OFFICE OF JASON NASH, P.L.L.C.** (817) 757-7062
601 Jameson St. • Weatherford, TX 76086

INVOICE #1144

Invoice submitted to:

Dan Lennington
Deputy Counsel
Equality Under the Law Project
Wisconsin Institute for Law & Liberty

*Cell: 608-572-5358*

*Via Email to: dan@will-law.org*

June 7, 2023

---

**Professional Service Rendered:**
***File No. 540.100, Nuziard et al. v. Minority Business Development Agency et al.***

***(Attorney's Fees – JCN):***

| | | | |
|---|---|---|---|
| 05/03/23 | Review Defendants' Response Brief in Opposition to Plaintiffs' Motion for Prelim. Injunction. | 1.0 | $350.00/hr |
| | | | $350.00 |
| 05/04/23 | Review draft Reply Brief forwarded from case team (in support of Plaintiffs' Motion for Prelim. Injunction); prepare comments/edits/revisions to same, and send to co-counsel for review; review and analyze other issues regarding upcoming hearing on Motion for Prelim. Injunction; call/emails with Annalise Ehlenbach regarding appendix citations and evidentiary record associated with Reply Brief. | 1.5 | $350.00/hr |
| | | | $525.00 |
| 05/05/23 | Prepare for and have conference call with Cara Tolliver to discuss and prepare for upcoming hearing on Motion for Prelim. Injunction and to discuss issues with Reply Brief filing. | .8 | $350.00/hr |
| | | | $280.00 |

| | | | |
|---|---|---|---|
| 05/11/23 | Prepare for hearing set for 5/12 on Plaintiffs' Motion for Prelim. Injunction; review of relevant pleadings/moving papers/response in preparation for hearing, and prepare materials to have for co-counsel and for court at 5/12 hearing. | .9 | $350.00/hr |
| | | | $315.00 |
| 05/12/23 | Prepare for and attend hearing on Plaintiffs' Motion for Prelim. Injunction; arrive at Courthouse at 1:00PM to meet with co-counsel in advance of hearing to discuss presentation, local practice and other issues before hearing; attend hearing beginning at 2:00pm; leave Courthouse at 3:30PM following de-briefing with co-counsel; travel to and from Federal Courthouse for hearing. | 4.0 | $350.00/hr |
| | | | $1,400.00 |
| | Sub-Total Attorney's Fees: | | $2,870.00 |

***File No. 540.100, Nuziard v. MBDA (Expenses):***

| | | |
|---|---|---|
| *05/12/23* | *Parking expense (lot adjacent to Federal Courthouse for hearing on 5/12/23)* | $10.83 |
| | Sub-Total Expenses: | $10.83 |

| | |
|---|---|
| Totals this Invoice: | |
| Attorney's Fees: | $2,870.00 |
| Legal Assistant Fees: | $-0.00- |
| Expenses: | $10.83 |
| | $2,880.83 |
| TOTAL THIS INVOICE: | $2,880.83 |
| **BALANCE DUE:** | **$2,880.83** |

Please make check payable to:

The Law Office of Jason Nash, P.L.L.C.
601 Jameson St. • Weatherford, TX 76086

**THE LAW OFFICE OF JASON NASH, P.L.L.C.** (817) 757-7062
601 Jameson St. • Weatherford, TX 76086

INVOICE #1167

Invoice submitted to:

Dan Lennington
Deputy Counsel
Equality Under the Law Project
Wisconsin Institute for Law & Liberty

*Cell: 608-572-5358*

*Via Email to: dan@will-law.org*

July 7, 2023

**Professional Service Rendered:**
***File No. 540.100, Nuziard et al. v. Minority Business Development Agency et al.***

***(Attorney's Fees – JCN):***

| | | | |
|---|---|---|---|
| 06/05/23 | Receive/review Court's Order and Opinion on Plaintiffs' Motion for Prelim. Injunction; correspond with co-counsel regarding same; attention to and update status of proceedings. | .3 | $350.00/hr<br>$105.00 |
| 06/21/23 | Review Court's Order to Confer and Submit Joint Report regarding Scheduling Order; correspond with case team regarding same and regarding in-person scheduling conference required by Court. | .3 | $350.00/hr<br>$105.00 |
| 06/27/23 | Correspond with AUSA Brian Stoltz to arrange for in-person face-to-face meeting per Court's 6/20/23 Order. | .2 | $350.00/hr<br>$70.00 |
| 06/29/23 | Review draft Joint Report regarding scheduling as prepared by co-counsel and redlined by opposing counsel; prepare comments to same. | .4 | $350.00/hr |

| | | | |
|---|---|---|---|
| | | | $140.00 |
| 06/30/23 | Correspond with co-counsel regarding comments to draft Joint Report regarding Court's Order of 6/20/23; prepare for face-to-face meeting with counsel per Court's Order; travel to AUSA Brian Stoltz's Fort Worth offices for meeting; meet and confer with AUSA Brian Stoltz in person (and with others via Zoom) to fulfill Court's scheduling conference requirement; travel back to office from AUSA's Fort Worth offices; follow-up correspondence with co-counsel regarding final comments to draft Joint Report for filing with Court. | 2.3 | $350.00/hr |
| | | | $805.00 |
| | Sub-Total Attorney's Fees: | | $1,225.00 |

***File No. 540.100, Nuziard v. MBDA (Expenses):***

| | | |
|---|---|---|
| *06/30/23* | *Parking expense (lot adjacent to AUSA's FW offices for meeting on 6/30/23)* | $10.83 |
| | Sub-Total Expenses: | $10.83 |

| | |
|---|---|
| Totals this Invoice: | |
| Attorney's Fees: | $1,225.00 |
| Legal Assistant Fees: | $-0.00- |
| Expenses: | <u>$10.83</u> |
| | $1,235.83 |
| TOTAL THIS INVOICE: | $1,235.83 |
| **BALANCE DUE:** | **<u>$1,235.83</u>** |

Please make check payable to:

The Law Office of Jason Nash, P.L.L.C.
601 Jameson St. • Weatherford, TX 76086

**THE LAW OFFICE OF JASON NASH, P.L.L.C.** (817) 757-7062
601 Jameson St. • Weatherford, TX 76086

INVOICE #1214

Invoice submitted to:

Dan Lennington
Deputy Counsel
Equality Under the Law Project
Wisconsin Institute for Law & Liberty

*Cell: 608-572-5358*

*Via Email to: dan@will-law.org*

September 19, 2023

---

**Professional Service Rendered:**
***File No. 540.100, Nuziard et al. v. Minority Business Development Agency et al.***

***(Attorney's Fees – JCN):***

| | | | |
|---|---|---|---|
| 08/08/23 | Review First Set of Discovery Requests to Defendant (per co-counsel's request to review same prior to serving); prepare and send email to co-counsel detailing comments to same; review recently entered Scheduling Order in case to update status. | 1.2 | $350.00/hr |
| | | | $420.00 |
| 08/31/23 | Answer co-counsel's inquiry concerning findings of fact and conclusions of law in summary judgment proceedings in Northern District of Texas; prepare and send email to co-counsel addressing same. | .5 | $350.00/hr |
| | | | $175.00 |
| | Sub-Total Attorney's Fees: | | $595.00 |
| | TOTAL THIS INVOICE: | | $595.00 |
| | **BALANCE DUE:** | | **$595.00** |

Please make check payable to:

The Law Office of Jason Nash, P.L.L.C.
601 Jameson St. • Weatherford, TX 76086

**THE LAW OFFICE OF JASON NASH, P.L.L.C.** (817) 757-7062
601 Jameson St. • Weatherford, TX 76086

INVOICE #1248

Invoice submitted to:

Dan Lennington
Deputy Counsel
Equality Under the Law Project
Wisconsin Institute for Law & Liberty

*Cell: 608-572-5358*

*Via Email to: dan@will-law.org*

November 8, 2023

**Professional Service Rendered:**
***File No. 540.100, Nuziard et al. v. Minority Business Development Agency et al.***

***(Attorney's Fees – JCN):***

| | | | |
|---|---|---|---|
| 10/12/23 | Review proposed "Joint Motion" regarding modifications to summary judgment briefing schedule, as forwarded from co-counsel; comment on same per co-counsel's request to provide insight/issues to consider from standpoint of local rules and judge-specific issues; email co-counsel on same. | .5 | $350.00/hr<br>$175.00 |
| 10/13/23 | Emails with co-counsel to address (i) counsel's reply position back to gov't counsel regarding SJ briefing modifications, and (ii) Local Rule 56 page-limits on principal summary judgment briefs; review of local and judge-specific requirements to address counsel's inquiries. | .6 | $350.00/hr<br>$210.00 |
| 10/16/23 | Review of Gov't's Motion to Amend SJ Briefing; confer via email with co-counsel regarding response to same; review/consider Local Rule implicated by | | |

| | | | |
|---|---|---|---|
| | Gov't's Motion; work on revisions to Response forwarded from co-counsel. | 1.1 | $350.00/hr<br>$385.00 |
| 10/17/23 | Revise/edit Response to Motion to Amend SJ Briefing; send comments to co-counsel; address other issues/ questions from co-counsel regarding upcoming SJ briefing; email co-counsel regarding same. | 1.0 | $350.00/hr<br>$350.00 |
| 10/24/23 | Review of local and judge-specific rules to address electronic signature questions from co-counsel (concerning anticipated declarations for summary judgment); email co-counsel in response. | .3 | $350.00/hr<br>$105.00 |
| 10/25/23 | Begin reviewing draft Brief in Support of Motion for Summary Judgment forwarded from co-counsel on 10/25. | .7 | $350.00/hr<br>$245.00 |
| 10/26/23 | Continue reviewing draft Brief in Support of Plaintiffs' Motion for Summary Judgment forwarded from co-counsel on 10/25; prepare revisions and comments to same; review/edit various Westlaw case cites in draft brief; send redline version of Brief to co-counsel containing comments in track-change form; prepare memo outline of additional comments to consider, and attach sample short-form Motion for SJ and form of Appendix to use when filing. ***(2.8 hrs incurred, <u>charge only 2.3 hrs</u>)*** | 2.3 | $350.00/hr<br>$805.00 |
| 10/27/23 | Answer co-counsel's questions concerning SJ Appendix via response email; attention to and consider related issues presented by co-counsel concerning anticipated 10/27 Summary Judgment filing by Plaintiffs. | .5 | $350.00/hr<br>$175.00 |
| | Sub-Total Attorney's Fees: | | $2,450.00 |

| | |
|---|---|
| TOTAL THIS INVOICE: | $2,450.00 |
| **BALANCE DUE:** | **$2,450.00** |

Please make check payable to:

The Law Office of Jason Nash, P.L.L.C.
601 Jameson St. • Weatherford, TX 76086

**THE LAW OFFICE OF JASON NASH, P.L.L.C.** (817) 757-7062
601 Jameson St. • Weatherford, TX 76086

INVOICE #1271

Invoice submitted to:

Dan Lennington
Deputy Counsel
Equality Under the Law Project
Wisconsin Institute for Law & Liberty

*Cell: 608-572-5358*

*Via Email to: dan@will-law.org*

December 11, 2023

---

**Professional Service Rendered:**
***File No. 540.100, Nuziard et al. v. Minority Business Development Agency et al.***

***(Attorney's Fees – JCN):***

| | | | |
|---|---|---|---|
| 11/02/23 | Respond to Ms. Tolliver's email inquiry regarding hearings/hearing settings on motions for summary judgment in the Northern District (FW Division) and likelihood of hearing on same in present case. | .2 | $350.00/hr |
| | | **(NO CHARGE)** | |
| 11/15/23 | Review of Defendants' MSJ and Brief in Support for purposes of preparing for upcoming response filing of Plaintiffs set for 11/17; begin review of draft Brief in Opposition of Defs.' MSJ forwarded from co-counsel on 11/15. | 1.3 | $350.00/hr |
| | | | $455.00 |
| 11/16/23 | Review/edit and prepare comments to draft MSJ Brief in Opposition to Defs.' MSJ; send comments/revisions in redline form to co-counsel; emails to co-counsel answering various filing and local rule questions; prepare and send emails to co-counsel with example | | |

| | | | |
|---|---|---|---|
| | pleadings, including appendix form, short-form MSJ response form, and form of proposed order on MSJ. | 2.9 | $350.00/hr |
| | | | $1,015.00 |
| 11/17/23 | Emails with co-counsel addressing Summary Judgment Response and Appendix filing questions; attention to and assist co-counsel with SJ filing issues; work late into evening to address filing questions/issues, and email communications with co-counsel to work through same. ***(1.0 hrs incurred, <u>charge only .7 hrs</u>)*** | .7 | $350.00/hr |
| | | | $245.00 |
| 11/19/23 | Per Ms. Tolliver's request, prepare and send (to co-counsel) bulleted list/checklist of items to address and cover under local rules with respect to upcoming MSJ Reply Brief. | .5 | $350.00/hr |
| | | | $175.00 |
| 11/20/23 | Emails from/to co-counsel re: Govt's violation of local rule page-length limitation in its Response Brief to Plaintiffs' MSJ, and manner to address/oppose same; attention to related issues. | .5 | $350.00/hr |
| | | | $175.00 |
| 11/21/23 | Receive/review both Gov't's Motion to Amend MSJ local rules on page-limits and Plaintiffs' Response in Opposition to same. | .3 | $350.00/hr |
| | | **(NO CHARGE)** | |
| 11/27/23 | Respond to co-counsel's email inquiry on Supplemental Appendix filing procedures and related issues; attention to and address with co-counsel other issues to consider re: local rule requirements bearing on 11/27 Motion for Leave filing; review of local rules in addressing same issues. | .6 | $350.00/hr |
| | | | $210.00 |
| 11/29/23 | Receive and begin review of (and comments to) draft MSJ Reply Brief forwarded from co-counsel on 11/29. | .4 | $350.00/hr |
| | | | $140.00 |

| | | | |
|---|---|---|---|
| 11/30/23 | Continue review of and preparation of revisions/ comments to Plaintiff's MSJ Reply Brief, per co-counsel's request; prepare and send redline version with edits/comments to co-counsel. | 1.6 | $350.00/hr |
| | | | $560.00 |
| | Sub-Total Attorney's Fees: | | $2,975.00 |
| | TOTAL THIS INVOICE: | | $2,975.00 |
| | **BALANCE DUE:** | | **$2,975.00** |

Please make check payable to:

The Law Office of Jason Nash, P.L.L.C.
601 Jameson St. • Weatherford, TX 76086