IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEFFREY NUZIARD, et al.,

Plaintiffs,

v. Case No. 4:23-cv-00278-P

MINORITY BUSINESS
DEVELOPMENT AGENCY, et al.,

Defendants.

**DECLARATION OF DANIEL LENNINGTON**

I, Daniel Lennington, declare under the penalty of perjury that the following statements are true and correct:

1. I am an attorney and represent Plaintiffs in this lawsuit.

2. I serve as Deputy Counsel at the Wisconsin Institute for Law & Liberty, Inc. (WILL). WILL is a non-profit law and policy center based in Milwaukee, Wisconsin.

3. At WILL, I direct the Equality Under the Law (EUL) Project, which is a nationwide initiative that advocates for a colorblind society through litigation and policy reforms. Since 2021, we have brought numerous lawsuits around the country and obtained significant nationwide victories, such as *Vitolo v. Guzman*, 999 F.3d 353 (6th Cir. 2021) (first nationwide injunction against the racial preferences in the $28.6 billion Restaurant Revitalization Fund) and *Faust v. Vilsack*, 519 F. Supp. 3d 470 (E.D. Wis. 2021) (first nationwide injunction against the $4 billion race-based Farmer Loan Forgiveness program). To date, we have represented over 50 clients in 18 states.

4. This lawsuit is a part of our EUL Project and, as such, I bear responsibility for the overall direction and supervision of this lawsuit, which includes the time spent litigating the case.

5. I have over 22 years of experience litigating cases. I am a 2001 graduate of Valparaiso Law School. After law school, I worked as an Associate Attorney at Warner, Norcross & Judd LLP, in Grand Rapids, Michigan, where I specialized in environmental and employment litigation. Between 2007 and 2012, I served as an Assistant Attorney General in the Oklahoma Office of Attorney General, and then Assistant U.S. Attorney for the Western District of Oklahoma. In these positions, I handled large and complex civil lawsuits and criminal prosecutions. Between 2012 and 2000, I worked for the Wisconsin Attorney General, primarily representing the State of Wisconsin in high-profile lawsuits. I started at WILL at the end of 2000 and started the EUL project right after the inauguration of President Biden in January 2021.

6. My billing rate for 2023 was $500/hour.

7. Cara Tolliver works as Associate Counsel at WILL. She is a 2020 graduate of the University of Wisconsin School of Law. Before joining WILL in 2022, Ms. Tolliver worked in private practice as a health law attorney at a national firm for two years. In addition to her Law Degree, Cara holds a dual Bachelor of Science degree in Clinical Laboratory Science and Microbiology. Before earning her Law Degree, Cara spent nearly a decade in the health care industry, serving as a laboratory director, leader, and patient advocate at various hospitals and health systems throughout the country.

8. Ms. Tolliver's billing rate for 2023 was $400/hour.

9. I have reviewed fee petitions filed in federal courts in Wisconsin in other civil rights cases. Based on this review and my understanding of billing rates in Wisconsin, my rate and Ms.

Tolliver's rate are at or below the average rate for attorneys in Milwaukee of similar experience performing federal civil rights litigation.

10. To litigate this case, in addition to our local counsel Jason Nash, WILL assigned two attorneys: myself and Ms. Tolliver. Given our limited resources as a non-profit law firm, we make every effort to litigate efficiently and keep costs down. Given the other cases we litigate, and the other demands on our time, we have an incentive to spend our hours very efficiently. In short, we do not spend time working on a matter unless it is necessary to advance the case on behalf of our clients.

11. Notably, although this is a significant high-stakes federal civil-rights lawsuit with nationwide ramifications, we were able to complete this litigation with only two attorneys and a local counsel. I believe this is an important fact when comparing how larger firms may have litigated this case, and how the federal government did litigate this case (with at least four attorneys assigned by USDOJ, plus agency counsel). Considering the nature of this case, its complexity (including the extent of the record created), duration, and significance, I believe the hours spent working on this matter are entirely reasonable.

12. As Ms. Tolliver and I performed work on this case, we created a spreadsheet cataloging the time spent and a narrative description. Ms. Tolliver and I both have worked in private practice, and so our billing practice of recording time and a narrative description are consistent with the practice one may encounter in law firms.

13. Attached to this declaration as Exhibit A is a complete record of all of time recorded for this case by WILL attorneys, broken down by date, narrative description, and hours spent. Although we had two paralegals record time on this case, I have omitted those hours and fees from our request. Additionally, time spent as specifically related to Matthew Piper, who is scheduled to

be dismissed from this case without prejudice, has been omitted. Finally, we are not seeking reimbursement for any of Ms. Tolliver's travel time from Milwaukee, Wisconsin to Fort Worth, Texas for the preliminary injunction hearing, although that type of time would typically be included in a request for fees.

14. Although our billing rates for 2024 increased, we are only seeking reimbursement for attorneys' fees based on the 2023 statutory rate. This includes the hours for Mr. Nash, which are explained more fully in his declaration. For the purposes of this chart, we are using a rate of $241.19/hour, which is the $125 statutory rate, increased based on the 2023 Consumer Price Index, as explained more fully in our brief.

| Attorney | Hours | Statutory Rate Plus CPI/Hour | Total |
|---|---|---|---|
| Cara Tolliver (WILL) | 1,190.8 | $241.91 | $288,066.43 |
| Daniel Lennington (WILL) | 263.9 | $241.91 | $63,840.05 |
| Jason Nash (local counsel) | 42.9 | $241.91 | $10,377.94 |
| **TOTAL** | **1,497.6** | **$241.91** | **$362,284.42** |

15. We also incurred expenses in this case. Below is an accounting of our expenses, which also includes those paid by Mr. Nash as detailed on his bills. We have chosen not to seek reimbursement for certain expenses. For example, although we incurred $900 in expert consulting fees, we have declined to seek those costs. Likewise, although Defendants took the deposition of Matthew Piper, with a cost of $970.37, we are excluding that cost since we did not prevail with Mr. Piper. In addition, we are not seeking recovery for paralegal and legal assistant fees; and, just as we are not seeking reimbursement for travel time incurred for the preliminary injunction hearing (as mentioned above), we have also declined to seek any expenses for travel—although such expenses are typically recoverable.

| Date | Cost | Amount |
|---|---|---|
| 3/10/23 | Filing Fee | $402.00 |
| 3/23/23 | 75 pages at .10/page x 5 for service packets mailed to defendants | $37.50 |
| 3/24/23 | Service via mail - USPS | $44.80 |
| 4/3/23 | Service via mail – USPS | $11.16 |
| 7/10/23 | PACER - docket | $14.30 |
| 9/30/23 | PACER – docket | $1.90 |
| 10/3/23 | Capital Reporting – Nuziard Dep. Vo1. 1 | $831.78 |
| 10/4/23 | Capital Reporting – Bruckner Dep. | $869.55 |
| 10/5/23 | Capital Reporting – Nuziard Dep. Vol. 2 | $511.01 |
| 1/11/24 | PACER - docket | $25.50 |
| **TOTAL** | | **$2,749.50** |

16. In summary, we are therefore requesting the following fees and expenses:

| **Final Award Sought for Attorneys' Fees & Expenses** | |
|---|---|
| Total Attorney Fees at Statutory Cap, Adjusted for Inflation | $362,284.42 |
| Total Expenses | $2749.50 |
| **GRAND TOTAL** | **$365,033.92** |

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the United States.

Dated this day, March 19, 2024.

Daniel P. Lennington

# EXHIBIT A

| DATE | ATTY | EXPLANATION OF WORK DONE | TIME |
|---|---|---|---|
| 1/23/2023 | CT | Analyze Minority Business Development Act and other Infrastructure Act provisions in preparation for drafting Complaint. | 4.5 |
| 1/24/2023 | CT | Begin drafting Complaint as to Fifth Amendment challenge; confer with colleagues regarding the same. | 6 |
| 1/25/2023 | CT | Continue drafting Complaint. | 5 |
| 2/1/2023 | CT | Revise and finalize initial Complaint draft. | 5 |
| 2/7/2023 | DL | Research regarding MBDA statute; research regarding MBDA entities in Orlando and Miami; research regarding non-discrimination statutes; review, revise and draft complaint | 6.2 |
| 2/8/2023 | DL | Research regarding MBDA; communications with client regarding case status; draft and revise sections of the complaint | 7.5 |
| 2/8/2023 | CT | Research/review regarding MBDA Statute. | 1.2 |
| 2/14/2023 | CT | Continue revising Complaint draft. | 3 |
| 2/22/2023 | CT | Begin drafting Preliminary Injunction brief. | 6 |
| 2/23/2023 | CT | Research and review MBDA statistical data; continue drafting Preliminary Injunction brief. | 6 |
| 2/24/2023 | CT | Continue research and review MBDA statistical data; continue drafting Preliminary Injunction brief. | 8 |
| 2/27/2023 | CT | Continue research and review MBDA statistical data; continue drafting Preliminary Injunction brief. | 8 |
| 2/28/2023 | CT | Continue drafting Preliminary Injunction brief. | 8 |
| 3/1/2023 | CT | Continue drafting Preliminary Injunction brief. | 8 |
| 3/2/2023 | CT | Research relevant APA case law for incorporation into Preliminary Injunction brief and add citation authority. | 6.5 |
| 3/3/2023 | CT | Complete first Preliminary Injunction brief draft and begin revisions thereto. | 6.5 |
| 3/6/2023 | DL | Revise complaint; add allegations regarding factual background; research regarding harms; conversations with colleagues regarding claims; research regarding EP violations; research regarding venue; research regarding jurisdictional issues; research regarding local ND Texas rules. | 8.5 |
| 3/6/2023 | CT | Continue revising Preliminary Injunction brief. | 4.5 |
| 3/7/2023 | DL | Revise complaint and preliminary injunction motion; research regarding the same; research jurisdictional issues; research regarding venue; research regarding irreparable harm; research regarding other cases concerning EP violations. | 6.2 |

| | | | |
|---|---|---|---|
| 3/8/2023 | DL | Review preliminary injunction motion; revisions to brief; research regarding the same; draft complaint sections regard facts and clients; TCs and emails to clients regarding claims. | 5.5 |
| 3/8/2023 | CT | Research EP and APA case law in Fifth Circuit. | 3.5 |
| 3/9/2023 | DL | Revise complaint to add claim on APA; research regarding APA; revise request for relief; research regarding racial classifications in CFR; research regarding same in US Code; revise motion for preliminary injunction. | 8 |
| 3/10/2023 | DL | Make final revisions to complaint; T/C with colleagues regarding claims; emails with clients regarding factual matters; research regarding the same; review preliminary injunction brief; revise preliminary injunction brief; research regarding venue. | 9 |
| 3/13/2023 | DL | Revise complaint; revise preliminary injunction; research regarding PI issues; research regarding jurisdictional issues. | 7.5 |
| 3/14/2023 | DL | Revise complaint; attend to documents necessary for complaint; research regarding local rules; communications with clients; research regarding equal protection issues. | 6.2 |
| 3/14/2023 | CT | Revise latest Complaint draft and finalize. | 4.5 |
| 3/20/2023 | DL | Attend to final complaint issues; communications with clients; research regarding preliminary injunction issues. | 8 |
| 3/20/2023 | CT | Update Preliminary Injunction brief consistent with N.D. Texas/Fifth Circuit precedents. | 6.5 |
| 3/21/2023 | CT | Conference call with local counsel regarding jurisdiction-specific procedures and processes; Continue revising Preliminary Injunction brief. | 8.5 |
| 3/22/2023 | CT | Continue revising Preliminary Injunction brief. | 7.5 |
| 3/23/2023 | CT | Finalize second Preliminary Injunction brief draft. | 5.5 |
| 3/28/2023 | CT | Incorporate additional revisions to Preliminary Injunction brief. | 4.5 |
| 3/30/2023 | CT | Continue revisions to Preliminary Injunction brief. | 4.5 |
| 3/31/2023 | CT | Continue finalizing Preliminary Injunction brief revisions for filing; draft supporting Motion. | 2.5 |
| 4/3/2023 | CT | Continue finalizing Preliminary Injunction brief and motion for filing. | 3 |
| 4/25/2023 | DL | Review reply brief; notes; outline issues; research in general; set up reply brief | 4.5 |
| 4/26/2023 | DL | Research regarding standing issues; outline cases; communicate with intern regarding research issues; start drafting reply brief | 6.2 |
| 4/27/2023 | DL | Draft section on standing for reply brief; research regarding the same. | 5.5 |

| | | | |
|---|---|---|---|
| 4/28/2023 | DL | Research regarding equal protection claims in reply brief; read cases cited by defendant; start drafting section on reply brief regarding the merits | 6.2 |
| 5/1/2023 | DL | Draft reply brief; research regarding standing; start drafting section on compelling state interest; review disparity studies and other sources from Defendants. | 6 |
| 5/1/2023 | CT | Review Defendants response brief opposing Plaintiffs' Preliminary Injunction; review and analyze various sources cited by Defendants. | 8 |
| 5/2/2023 | DL | Continue drafting section on standing; research regarding the same; edit section; revise section on compelling interest. | 8 |
| 5/2/2023 | CT | Continue research and analysis of Defendants' sources; continuing drafting and revising merits Reply Brief in support of Preliminary Injunction. | 10 |
| 5/3/2023 | DL | Revise standing section; continue research; prepare sections on public interest. | 4.2 |
| 5/3/2023 | CT | Continue revising merits of Reply Brief in support of Preliminary Injunction;<br>Confer with colleagues regarding oral hearing;<br>Confer with opposing counsel regarding oral hearing per their request. | 6.5 |
| 5/4/2023 | DL | Draft section on irreparable harm and public interest; hearing preparations | 5.5 |
| 5/4/2023 | CT | Begin prepping for oral argument 5/12/23 on Motion for Preliminary Injunction. | 18 |
| 5/5/2023 | DL | Hearing preparation; read cases; discuss matters and email with co-counsel regarding strategy; research regarding the same | 3 |
| 5/5/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 18 |
| 5/6/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 19 |
| 5/7/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 18.5 |
| 5/8/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 18 |
| 5/9/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 18 |

| | | | |
|---|---|---|---|
| 5/10/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 18 |
| 5/11/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 12 |
| 5/12/2023 | CT | Continue prep for oral argument 5/12/23 on Motion for Preliminary Injunction (including review of various cases and authority and numerous sources cited by Defendants in support of constitutional justification). | 4.5 |
| 5/12/2023 | CT | Hearing before J. Pittman N.D. Texas on Motion for Preliminary Injunction. | 2 |
| 6/5/2023 | CT | Review Order and Opinion granting Plaintiff's Motion for Preliminary Injunction; communication with clients and colleagues regarding the same. | 0.7 |
| 6/20/2023 | CT | Review Order to confer and submit a joint report regarding scheduling. | 0.3 |
| 6/20/2023 | CT | Confer with opposing counsel in accordance with Order regarding coordination for a joint scheduling report and to arrange for an in-person, face-to-face conference. | 0.3 |
| 6/22/2023 | CT | Draft joint scheduling report on behalf of Plaintiffs and Defendants. | 3.5 |
| 6/24/2023 | CT | Revise, and send Defendants, draft joint scheduling report on behalf of Plaintiffs and Defendants. | 1.5 |
| 6/26/2023 | CT | Review Defendants' Answer to Complaint. | 0.3 |
| 6/29/2023 | CT | Review and respond to Defendants' proposed changes for joint scheduling report draft. | 0.3 |
| 6/30/2023 | DL | Review draft report; research regarding discovery issues; communications with colleagues regarding case status | 2 |
| 6/30/2023 | CT | Attend scheduling conference between local counsel in Texas;<br>Finalize joint scheduling report on behalf of Plaintiffs and Defendants in accordance with agreement at scheduling conference. | 1.2 |
| 7/7/2023 | CT | Begin drafting Plaintiffs' Rule 26(a) Disclosures. | 3.6 |
| 7/7/2023 | CT | Initial review and analysis of new SCOTUS decision in SFFA in preparation for SJ and early motion. | 3.5 |
| 7/12/2023 | CT | Continue drafting Plaintiffs' Rule 26(a) Disclosures. | 1.5 |
| 7/13/2023 | DL | Review government’s compliance with injunction; review emails regard the same; discussions with colleagues regarding meet and confer. | 1.5 |

| | | | |
|---|---|---|---|
| 7/13/2023 | CT | Review email from Defendants' regarding implementation of the Court's PI; confer with colleagues regarding the same; and draft response to Defendants.<br>Revise Plaintiffs' Rule 26(a) Disclosures. | 2.5 |
| 7/17/2023 | CT | Finalize Plaintiffs' Rule 26(a) Disclosures. | 1.5 |
| 7/19/2023 | DL | Review initial disclosures; revise disclosures; review defendants' disclosures. | 1.5 |
| 7/19/2023 | CT | Review Defendants' Initial Disclosures, including supporting materials. | 2 |
| 7/20/2023 | CT | Review and outline relevant local rules governing discovery and summary judgment. | 3.5 |
| 7/21/2023 | CT | Begin research and outline for Plaintiffs' Brief iso MSJ. | 6.5 |
| 7/24/2023 | CT | Continue research and outline for Plaintiffs' Brief iso MSJ. | 2.5 |
| 7/25/2023 | CT | Review Court's Scheduling Order.<br>Continue research and begin drafting Plaintiffs' Brief iso MSJ. | 7.5 |
| 7/26/2023 | CT | Continue research and drafting Plaintiffs' Brief iso MSJ. | 9.5 |
| 7/27/2023 | CT | Review response email from Defendants' regarding implementation of the Court's PI, confer with colleagues regarding the same; begin draft response.<br>Continue research and drafting Plaintiffs' Brief iso MSJ. | 9.6 |
| 7/28/2023 | CT | Continue research and drafting Plaintiffs' Brief iso MSJ. | 10 |
| 7/31/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ. | 3.5 |
| 8/1/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ. | 7 |
| 8/2/2023 | CT | Confer with colleagues and finalize draft response to Defendants' latest email regarding implementation of the Court's PI;<br>Continue drafting Plaintiffs' Brief iso MSJ. | 11.3 |
| 8/3/2023 | CT | Begin Drafting First Set of Discovery requests to Defendants;<br>Continue drafting Plaintiffs Brief iso MSJ. | 10.5 |
| 8/4/2023 | CT | Finalize initial draft of First Set of Discovery requests to Defendants. | 6.5 |
| 8/7/2023 | DL | review and revise discovery requests; research regarding the same | 4.5 |
| 8/7/2023 | CT | Begin revising First Set of Discovery requests to Defendants. | 4.5 |
| 8/8/2023 | CT | Continue revisions to First Set of Discovery requests to Defendants;<br>Continue drafting Plaintiffs' Brief iso MSJ. | 6.5 |
| 8/9/2023 | CT | Conference call with potential expert regarding possible assistance with Discovery and SJ.<br>Confer with colleagues and clients regarding case updates. | 6 |
| 8/10/2023 | CT | Continue revisions to First Set of Discovery requests to Defendants. | 4.5 |
| 8/11/2023 | CT | Finalize revisions to First Set of Discovery requests to Defendants and send. | 1.5 |

| | | | |
|---|---|---|---|
| 8/15/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ. | 6.5 |
| 8/16/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ;<br>Begin archiving MBDA websites and materials relevant to SJ briefing. | 6 |
| 8/17/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ. | 6 |
| 8/18/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ. | 8.5 |
| 8/20/2023 | CT | Continue drafting Plaintiffs' Brief iso MSJ. | 2 |
| 8/21/2023 | DL | Attend to discovery matters; communications with clients regarding discovery issues; review discovery request responses from the government; research regarding the same; communications with colleagues regarding case strategy; research regarding summary judgment matters; review summary judgment draft documents | 6.2 |
| 8/21/2023 | CT | Begin revising Plaintiffs' Brief iso MSJ;<br>Review Defendants' First Set of Discovery requests. | 6.5 |
| 8/22/2023 | CT | Revise Plaintiffs' Brief iso MSJ. | 7 |
| 8/23/2023 | CT | Revise Plaintiffs' Brief iso MSJ. | 6.5 |
| 8/24/2023 | CT | Revise Plaintiffs' Brief iso MSJ. | 6.5 |
| 8/25/2023 | DL | Review expert designation by defendant; research regarding the same; review expert reports and related documents; review emails from opposing counsel; review updated draft of summary judgment brief; review and comment; research regarding the same; communications with colleague regarding the same; review links to studies from opposing counsel. | 8.5 |
| 8/25/2023 | CT | Finalize first draft of Plaintiffs' Brief iso MSJ;<br>Begin reviewing Defendants' Expert Report submission. | 7 |
| 8/28/2023 | CT | Client call;<br>Begin drafting client declarations iso MSJ. | 7.3 |
| 8/29/2023 | CT | Continue drafting client declarations iso MSJ. | 8.5 |
| 8/30/2023 | CT | Continue drafting client declarations iso MSJ;<br>Conference call with possible expert for Plaintiffs regarding Defendants' Expert Report and potential assistance with SJ;<br>Confer with colleagues regarding case strategy. | 9 |

| | | | |
|---|---|---|---|
| 8/31/2023 | DL | Review discovery requests from Defendants; research regarding the same; plan response strategy; discussions with colleagues regarding the same; review and revise draft declarations from clients; review and revise summary judgment; research regarding the same; research local rules regarding proposed findings of fact; communications with local counsel regarding local rules. | 7.4 |
| 8/31/2023 | CT | Continue drafting client declarations iso MSJ;<br>Email clients in connection with discovery responses and declarations iso MSJ. | 10.5 |
| 9/1/2023 | CT | Begin drafting responses to Defendants' First Set of Discovery Requests and confer with colleagues regarding the same. | 10.5 |
| 9/5/2023 | CT | Respond to Defendants (M. Brown) regarding electronic access to Defendants' responses to Plaintiffs' First Set of Discovery Requests;<br>Confer with colleagues regarding expert and Plaintiffs' response to Defendants' First Set of Discovery Requests;<br>Continue drafting responses to Defendants' First Set of Discovery Requests. | 12 |
| 9/6/2023 | DL | Review updated declarations; review discovery matters and research regarding the same; attend to expert witness issues; attend to discovery responses and review emails regarding outstanding documents needed; review emails from clients. | 6.5 |
| 9/6/2023 | CT | Client call (J. Nuziard) regarding discovery responses and declaration;<br>Continue drafting and preparing discovery responses, including supporting materials, and declarations. | 12.5 |
| 9/7/2023 | CT | Client call (C. Bruckner) regarding discovery responses and declaration;<br>Continue drafting and preparing discovery responses, including supporting materials, and declarations. | 11 |
| 9/8/2023 | CT | Continue drafting and preparing discovery responses, including supporting materials, and declarations. | 12 |

| | | | |
|---|---|---|---|
| 9/11/2023 | CT | Continue drafting and preparing discovery responses, including supporting materials, and declarations;<br>Correspond with opposing counsel (V. Jenkins) regarding Defendants' request for an extension to respond to Plaintiffs' discovery requests. | 11 |
| 9/14/2023 | CT | Correspond with opposing counsel (V. Jenkins) regarding Defendants' mailed submission of discovery documents responding to Plaintiffs' discovery requests.<br>Begin reviewing Defendants' Responses to Plaintiffs First Set of Discovery requests. | 2.5 |
| 9/15/2023 | DL | Review depositions demands; research regarding the same; planning regarding depositions; review summary judgment draft; provide edits and research regarding legal issues in summary judgment brief | 5 |
| 9/15/2023 | CT | Continued exchange with opposing counsel (V. Jenkins) regarding Defendants' mailed submission of discovery documents responding to Plaintiffs' discovery requests.<br>Review Defendants' notices of depositions and notify clients;<br>Continue drafting and preparing discovery responses, including supporting materials. | 10 |
| 9/16/2023 | CT | Continue drafting and preparing discovery responses, including supporting materials. | 2.5 |
| 9/18/2023 | CT | Incorporate revisions to discovery responses, including supporting materials;<br>Correspond with opposing counsel (V. Jenkins) regarding access to Defendants' submitted documents in response to Plaintiffs' discovery requests and deposition scheduling. | 8 |
| 9/19/2023 | DL | Review responses to discovery requests; provide edits; research regarding the same; review documents for production; review emails to clients regarding discovery matters; review documents from MBDA; attend to discovery matters. | 6.8 |
| 9/19/2023 | CT | Continue incorporating revisions to discovery responses, including supporting materials and send to clients for review. | 8.5 |
| 9/20/2023 | CT | Receive and review additional client input and documents for incorporation into discovery responses. | 2.5 |
| 9/21/2023 | CT | Receive and review additional client input and documents for incorporation into discovery responses. | 2 |
| 9/23/2023 | CT | Begin prep for deposition defense. | 2 |
| 9/25/2023 | CT | Review final edits to Plaintiffs' responses to Defendants First Set of Discovery Requests. | 3 |
| 9/26/2023 | CT | Finalize Plaintiffs' responses to Defendants' First Set of Discovery Requests, send to Defendants, and provide copies to clients;<br>Continue prep for defense of client depositions. | 6.5 |
| 9/27/2023 | CT | Prep for depositions. | 3.5 |

| | | | |
|---|---|---|---|
| 9/28/2023 | CT | Prep for depositions. | 1 |
| 10/2/2023 | DL | Prepare for depositions; communications with clients and colleagues regarding the same; review documents, discovery requests, pleadings, and other matters | 7.5 |
| 10/2/2023 | CT | Prep for depositions;<br>Review and respond to Defendants' communication re implementation of the Court's PI Order. | 1.8 |
| 10/3/2023 | DL | Prepare for and defend deposition; attend to client communications; communications with colleagues regarding deposition; prepare for deposition | 8.5 |
| 10/3/2023 | CT | Defend deposition; communicate with client and colleagues regarding the same and next steps. | 8.5 |
| 10/5/2023 | DL | Prepare for and defend deposition; attend to client communications; communications with colleagues regarding deposition; prepare for deposition | 7.2 |
| 10/5/2023 | CT | Defend deposition; communicate with client and colleagues regarding the same and next steps;<br>Draft and prepare supplemental Discovery Response for C. Bruckner. | 9 |
| 10/6/2023 | DL | Follow-up with deposition and discovery matters; communications with clients and colleagues regarding the same | 4.5 |
| 10/6/2023 | CT | Receive and review additional client input and documents for incorporation into supplemental discovery response for C. Bruckner; finalize the same and send to opposing counsel;<br>Confer with colleagues re discovery and SJ briefing. | 5 |
| 10/9/2023 | CT | Contact opposing counsel regarding a modified SJ briefing schedule;<br>Further analyze and review Defendants' Expert Report submission;<br>Begin revising Plaintiffs' Brief iso MSJ. | 14 |
| 10/10/2023 | CT | Begin reviewing deposition transcripts;<br>Continue revising Plaintiffs' Brief iso MSJ. | 10 |
| 10/12/2023 | CT | Continued communications with opposing counsel regarding a modified SJ briefing schedule and revise Defendants' draft proposal;<br>Continue reviewing deposition transcripts;<br>Continue revising Plaintiffs' Brief iso MSJ. | 14 |
| 10/13/2023 | DL | Review deposition transcripts; prepare strategy regarding summary judgment; communications with clients and colleagues regarding the same. | 7 |

| | | | |
|---|---|---|---|
| 10/13/2023 | CT | Call with opposing counsel (A. Braniff) regarding modified SJ briefing schedule;<br>Continue reviewing deposition transcripts;<br>Continue revising Plaintiffs' Brief iso MSJ. | 14 |
| 10/14/2023 | CT | Continue revising Plaintiffs' Brief iso MSJ. | 7.5 |
| 10/15/2023 | DL | Review revised declarations; research regarding standing issues. | 3.5 |
| 10/15/2023 | CT | Revise client declarations iso MSJ. | 5 |
| 10/16/2023 | CT | Review Defendants' Motion for modied SJ scheduling and begin drafting Plaintiffs' Response;<br>Continue revising client declarations iso MSJ. | 10 |
| 10/17/2023 | CT | Revise and finalize Plaintiffs' Response to Defendants' Motion regarding a modified SJ schedule and file;<br>Continue revising client declarations iso MSJ;<br>Continue revising Plaintiffs' Brief iso MSJ. | 10 |
| 10/18/2023 | CT | Finalize draft declarations iso MSJ for client review;<br>Continue revising Plaintiffs' Brief iso MSJ. | 12 |
| 10/19/2023 | CT | Incorporate revisions to declarations iso MSJ;<br>Continue revising Plaintiffs' Brief iso MSJ. | 10 |
| 10/20/2023 | DL | Review revised declarations; review and revise summary judgment brief. | 3 |
| 10/20/2023 | CT | Continue revising declarations iso MSJ;<br>Continue revising Plaintiffs' Brief iso MSJ. | 8 |
| 10/21/2023 | CT | Continue revising Plaintiffs' Brief iso MSJ. | 7 |
| 10/22/2023 | CT | Finalize second draft of Plaintiffs' Brief iso MSJ. | 7 |
| 10/23/2023 | CT | Begin incorporated revisions to lastest draft of Plaintiffs' Brief iso MSJ. | 4.5 |
| 10/24/2023 | DL | Review supplemental disclosures; review updated brief; review updated declarations; research regarding remedy; research regarding new MBDA matters; review proposed order and motion; research regarding remedy and standing. | 7.2 |
| 10/24/2023 | CT | Continuing revising Plaintiffs' Brief iso MSJ; draft SJ Motion and Proposed Order granting Plaintiffs' MSJ; compile and prepare filing attachments. | 8.5 |
| 10/25/2023 | CT | Begin proofing and citation verifications on Brief iso MSJ; revise SJ Motion and Proposed Order granting Plaintiffs' MSJ; continuing preparing filing attachments. | 10 |
| 10/26/2023 | CT | Continue proofing and citation verifications on Brief iso MSJ; continue revising SJ Motion and Proposed Order granting Plaintiffs' MSJ; continue drafting and preparing filing attachments. | 8.5 |

| | | | |
|---|---|---|---|
| 10/27/2023 | CT | Finalize all SJ documents for filing and submit and provide case update to colleagues and clients. | 5 |
| 10/30/2023 | DL | Review defendants’ summary judgment and materials filed. | 8 |
| 10/30/2023 | CT | Begin reviewing and analysis of Defendants' MSJ and supporting materials. | 3 |
| 10/31/2023 | DL | Review defendants’ summary judgment and materials filed | 5.2 |
| 10/31/2023 | CT | Continue review and analysis of Defendants' MSJ and supporting materials;<br>Draft outline for Plaintiffs' Response Brief to Defendants MSJ; | 7.5 |
| 11/1/2023 | CT | Begin research regarding plaintiff standing and drafting Plaintiffs' Response Brief to Defendants MSJ. | 9 |
| 11/2/2023 | CT | Continue research, analysis, and drafting Plaintiffs' Response Brief to Defendants MSJ. | 10 |
| 11/3/2023 | CT | Continue research, analysis, and drafting Plaintiffs' Response Brief to Defendants MSJ. | 12 |
| 11/4/2023 | CT | Continue research, analysis, and drafting Plaintiffs' Response Brief to Defendants MSJ. | 10 |
| 11/5/2023 | CT | Continue drafting Plaintiffs' Response Brief to Defendants MSJ. | 8 |
| 11/6/2023 | CT | Draft second declarations in connection with Plaintiffs' Response Brief to Defendants' MSJ;<br>Continue drafting Plaintiffs' Response Brief to Defendants MSJ. | 9 |
| 11/7/2023 | CT | Continue drafting Plaintiffs' Response Brief to Defendants MSJ. | 8 |
| 11/8/2023 | CT | Continue research and drafting Plaintiffs' Response Brief to Defendants MSJ. | 10 |
| 11/9/2023 | CT | Finalize second declarations in connection with Plaintiffs' Response Brief to Defendants' MSJ for client review;<br>Continue drafting Plaintiffs' Response Brief to Defendants MSJ. | 10 |
| 11/10/2023 | CT | Revise second declarations in connection with Plaintiffs' Response Brief to Defendants' MSJ;<br>Continue research and drafting Plaintiffs' Response Brief to Defendants MSJ. | 12 |
| 11/11/2023 | CT | Continue research and drafting Plaintiffs' Response Brief to Defendants MSJ. | 14 |
| 11/12/2023 | CT | Continue drafting Plaintiffs' Response Brief to Defendants MSJ. | 12 |
| 11/13/2023 | DL | Review summary judgment motion; research regarding the same; outline issues regarding the APA; draft section regarding APA response; review studies provided by defendants; outline section related to strict scrutiny | 7 |
| 11/13/2023 | CT | Finalize first draft of Plaintiffs' Response Brief to Defendants MSJ. | 12.5 |

| | | | |
|---|---|---|---|
| 11/14/2023 | DL | Draft summary judgment response section on narrow tailoring; draft section regarding compelling interest; finalize and edit section on strict scrutiny; review brief regarding standing; research regarding the same; provide edits to section on standing; review declarations; review client materials. | 10.2 |
| 11/14/2023 | CT | Begin revising Plaintiffs' Response Brief to Defendants MSJ. | 10.5 |
| 11/15/2023 | CT | Continue revising Plaintiffs' Response Brief to Defendants MSJ. | 9.5 |
| 11/16/2023 | DL | Review MSJ response; provide comments and edits; research regarding legal issues presented; discussions with CT regarding response brief. | 7 |
| 11/16/2023 | CT | Continue revising Plaintiffs' Response Brief to Defendants MSJ and complete proofing and citation verifications; draft Response Motion and Proposed Order denying Defendants' MSJ; prepare filing attachments. | 11 |
| 11/17/2023 | CT | Finalize all Response documents for filing and submit;<br>Provide case update to colleagues and clients. | 8 |
| 11/20/2023 | CT | Review and analyze Defendants' Response to Plaintiffs' MSJ and supporting materials; Confer with colleagues and opposing counsel regarding Defendants' oversized responsive briefing;<br>Draft outline for Plaintiffs' Response Brief to Defendants MSJ. | 9.5 |
| 11/21/2023 | CT | Continue review and analysis of Defendants' Response to Plaintiffs' MSJ;<br>Begin drafting Plaintiffs' Reply Brief iso MSJ;<br>Review Defendants' retroactive motion for increased pages to Defendants' responsive briefing; and revise Plaintiffs' draft response to Defendants' motion regarding the same. | 12 |
| 11/22/2023 | CT | Continue review, analysis and drafting Plaintiffs' Reply Brief iso MSJ. | 12.5 |
| 11/24/2023 | CT | Continue review, analysis and drafting Plaintiffs' Reply Brief iso MSJ. | 10 |
| 11/25/2023 | CT | Continue drafting Plaintiffs' Reply Brief iso MSJ. | 12.5 |
| 11/27/2023 | DL | Review and revise Plaintiffs' reply iso MSJ; research regarding the same; discussions with CT regarding brief; review Defendants' response | 6.5 |
| 11/26/2023 | CT | Continuing drafting of Plaintiffs' Reply Brief iso MSJ; begin updating cited sources. | 14 |
| 11/27/2023 | CT | Revise Plaintiffs' Reply Brief iso MSJ;<br>Draft and submit Motion for increasing page limits on Plaintiffs' Reply. | 14 |
| 11/28/2023 | CT | Continuing revising Plaintiffs' Reply Brief iso MSJ. | 8 |

| | | | |
|---|---|---|---|
| 11/29/2023 | CT | Finalize Plaintiffs' Reply Brief iso MSJ, complete proofing and citation verifications, and prepare filing attachments. | 6.8 |
| 12/1/2023 | CT | File Plaintiffs' Reply Brief and supporting materials iso MSJ. | 0.7 |
| 12/4/2023 | CT | Confer with colleagues and client regarding case updates and developments regarding Defendants' implementation of PI. | 2.2 |
| 12/18/2023 | CT | Client calls regarding case developments and updates. | 1 |
| 2/20/2024 | CT | Review/revise draft on joint motion to stay further proceedings pending a ruling on the parties' cross-motions for SJ. | 0.4 |
| 3/5/2024 | CT | Review and analyze Court's order on the parties' cross motions for SJ; contact Plaintiffs regarding the same. | 1.8 |
| 3/13/2024 | CT | Review Court's order for Plaintiffs' evidence and briefing regarding attorney's fees and begin prep and research regarding the same. | 3.5 |
| 3/14/2024 | CT | Continue research and analysis regarding grounds for attorneys' fees; begin drafting briefing iso of bill for costs; draft client declarations in support and client communications regarding the same. | 15 |
| 3/15/2024 | CT | Continue research and analysis regarding grounds for attorneys' fees; continue drafting briefing iso of bill for costs. | 6 |
| 3/17/2024 | CT | Continue drafting briefing iso of bill for costs. | 6 |
| 3/18/2024 | CT | Review and revise JN and DL affidavit/declaration; begin revising briefing iso of bill for costs; begin review and prep of billing records iso of bill for costs. | 12 |
| 3/19/2024 | CT | Finalize brief iso of bill for costs; finalize client declarations and billing records iso of bill for costs. | 8 |
| | | **TOTAL HOURS** | **1454.7** |