IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEFFREY NUZIARD, et al.,

Plaintiffs,

v. Case No. 4:23-cv-00278-P

MINORITY BUSINESS
DEVELOPMENT AGENCY, et al.,

Defendants.

**SECOND DECLARATION OF CHRISTIAN BRUCKNER**

Pursuant to 28 U.S.C. § 1746, I, Christian Bruckner, declare as follows:

1. I am a Plaintiff in this action.

2. I would consider myself poor, with my annual income below $15,000.

3. At the time of this filing (and since then), my net worth did not exceed $2,000,000.

4. Considering my assets—such as checking and savings accounts, real estate, and automobiles—against my liabilities—such loans and other debt—I would estimate my net worth to be below $50,000.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 18, 2024.

Christian Bruckner