IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEFFREY NUZIARD, et al.,

Plaintiffs,

v. Case No. 4:23-cv-00278-P

MINORITY BUSINESS
DEVELOPMENT AGENCY, et al.,

Defendants.

**THIRD DECLARATION OF JEFFREY NUZIARD**

Pursuant to 28 U.S.C. § 1746, I, Jeffrey Nuziard, declare as follows:

1. I am a Plaintiff in this action.

2. My net worth did not exceed $2,000,000 at the time this action was filed.

3. As my first declaration details, only a few years ago, I placed myself in dire straits, spending down nearly every asset I had to open and sustain my medical clinic, Sexual Wellness Centers of Texas.

4. The costs of starting and maintaining my business (during a pandemic, no less) imposed significant impacts to my personal financial health that I am still working to recover from.

5. My persisting financial crisis was a basis for pursuing business assistance from the MBDA.

6. Considering my assets—such as checking and savings accounts, investments, real estate, and automobiles—against my liabilities—such loans and other debt—I would estimate my total net worth to be at or below $400,000 at the time I filed this action.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 18, 2024.

Dr. Jeffrey Nuziard