**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JEFFREY NUZIARD, *et al.*, | Case No. 4:23-cv-00278-P |
| Plaintiff, | District Judge Mark T. Pittman |
| v. | |
| MINORITY BUSINESS DEVELOPMENT AGENCY, *et al.*, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' BRIEF IN SUPPORT OF THEIR BILL FOR ATTORNEYS' FEES AND EXPENSES**

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Minority Business Development Agency, President of the United States, Joseph R. Biden, Jr., United States Secretary of Commerce, Gina M. Raimondo, and Under Secretary of Commerce for Minority Business Development Donald R. Cravins Jr., respectfully request an additional two weeks to respond to Plaintiffs' Brief in Support of their Bill for Attorney Fees and Expenses. In support of this Motion, the Parties respectfully submit the following:

1.      On March 12, 2024, the Court ordered Plaintiffs to submit appropriate evidence of relevant fees and costs, along with all supporting briefing of reasonableness by March 19, 2024. Defendants were ordered to respond by March 26, 2024. [Doc. 63].

2.      On March 19, 2024, Plaintiffs submitted evidence of their relevant fees and costs, and briefing, which totaled more than 80 pages. [Doc. 64].

3.      Due to pre-existing personal conflicts, counsels' commitments in other pending matters, and the need to carefully review Plaintiffs' submission, Defendants conferred with Plaintiffs to indicate that they would seek a two-week extension of time, until April 9, 2024, to respond to Plaintiffs.

4.      Plaintiffs do not oppose Defendants' request.

5.      Because "an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party," and neither exist here, Defendants respectfully request the Court grant its motion. *See Reed Migraine Centers of Texas, PLLC v. Chapman*, 2020 WL 869888, at *1 (N.D. Tex., Feb. 21, 2020) (citing 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure § 1165* (4th ed. 2008).

## CONCLUSION

WHEREFORE, Defendants respectfully request the Court enter an order granting the unopposed motion for an extension of time until April 9, 2024.


Dated: March 21, 2024

Respectfully submitted,


*Attorney for Defendants*

/s/ Vendarryl Jenkins
VENDARRYL JENKINS (DC Bar No. 1724928)
Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street NE, 9th Floor
Washington, DC 20530
(202) 598-1671 vendarryl.jenkins@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.


*<u>/s/ Vendarryl Jenkins</u>*
Vendarryl Jenkins