UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEFFREY NUZIARD, ET AL.,**

   Plaintiffs,

v.                            No. 4:23-cv-00278-P

**MINORITY BUSINESS DEVELOPMENT AGENCY, ET AL.,**

   Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Court's March 5, 2024 Summary Judgment Order (ECF No. 60), and the Court's Order Granting Plaintiffs' Request for Fees and Costs entered this same date (ECF No. 71), the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** as follows:

The MBDA, along with its officers, agents, servants, and employees, and/or anyone acting in active concert therewith, is **PERMANENTLY ENJOINED** from imposing the racial and ethnic classifications defined in 15 U.S.C. § 9501 and implemented in 15 U.S.C. §§ 9511, 9512, 9522, 9523, 9524, and 15 C.F.R. § 1400.1, or otherwise using an applicant's race or ethnicity in determining whether they can receive Business Center programming.

The racial and ethnic classifications defined in 15 U.S.C. § 9501 and implemented in 15 U.S.C. §§ 9511, 9512, 9522, 9523, 9524, and 15 C.F.R. § 1400.1, are **DECLARED unconstitutional**.

Plaintiffs are **AWARDED** $357,542.98 in **attorneys' fees** reasonably incurred in this action, along with $2,749.50 in **costs**.

**SO ORDERED** on this **2nd day** of **May 2024.**

*Mark T. Pittman*
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE