IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JEFFREY NUZIARD, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> MINORITY BUSINESS DEVELOPMENT AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00278-P <br><br> District Judge Mark T. Pittman |

### NOTICE OF APPEAL

Notice is hereby given that all Defendants appeal to the United States Court of Appeals for the Fifth Circuit from the amended final judgment (ECF No. 75) entered by the Court on May 2, 2024.

Dated: July 1, 2024

Respectfully submitted,

KAREN WOODARD
Chief
Employment Litigation Section
Civil Rights Division
United States Department of Justice

ANDREW BRANIFF (IN Bar No. 23430-71)
Deputy Chief
*/s/     David Reese*
DAVID REESE (AL Bar No. ASB-0887-167R)
Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street NE, 9th Floor
Washington, DC  20530
(202) 598-5129
david.reese@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.

*/s/ David Reese*
David Reese